1  SHANNON O. MURPHY ESQ. SR.
2  P.O. BOX 1756
   ANTIOCH, CA. 94509
3  
   TELE: (925) 483-1128
4  Attorney For: Shannon O. Murphy Esq. Sr. & Sheetmetal & Associates, an INLC., In Pro Persona.

FILED
APR 04 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

CV25-3371 PHK

| | |
|---|---|
| SHANNON O. MURPHY ESQ. SR. Dba. SHEETMETAL & ASSOCIATES, an INLC. | CASE NO: |
| Plaintiff(s), | **COMPLAINT** |
| VS. | **DEMAND FOR JURY TRIAL** |
| COHEN & ASSOCIATES, LLP. a.k.a. PULLEY & COHEN, LLP. | Dept:____. |
| Defendant(s). | Judge:_____ |

**VENUE:** THIS COURT IS PROPER DUE PLAINTIFF ASKS GRAND AWARD EXCEED $79,000

**JURISDICTION:** Defendant(s), perform business attends this court responsible.

**DATE:** 01/28/ 2025

*[signature]* SHANNON O. MURPHY ESQ. SR.
( Plaintiff / Complainant ).

- 1 -

CASE NAME: MURPHY VS. PULLEY & COHEN, LLP.                    CASE NO:_____.

# CAUSE OF ACTION

**1. INJURY / ILLNESS**            **2. BREACH CONTRACT**

**3. NEGLIGENCE - Tort**           **4. DISCRIMINATION**

**5. ASSAULT**

## ALLEGATIONS BY CAUSE OF ACTION

**1. INJURY / ILLNESS :** PLAINTIFF MURPHY WAS CAUSED INJURY(S), AGGRAVATED ILLNESS, BY DEFENDANT'S AGENTS APPLY NEGLIGENCE, AND THAT RELATIVE CAUSE UPSET OF DOCTOR DIAGNOSED INJURY, COMPEL MEDICINE; DURATION OF INJURY, INCONVENIENCE PRESENT EXCEED 21 YEARS.

**2. BREACH CONTRACT :** DEFENDANTS FAILED PROVIDE FAIR TO REGARDS INJURY, APPLIES PROPER AND RELEVANT STANDARD JURISDICTION O.U.S.D. COURT, AND AS REPLIES TO THERE ATTENDS AT WORKER COMPENSATION APPEALS BOARD; DEFENDANT'S AGENT(S) FAILED FAIR REGARDS NOTIFY, INFORM FOR TIMELY ASSOCIATES TO BUSINESS, REQUIRE BY THEIRS, CLIENTS, APPLIES TO PLAINTIFF'S FORMER EMPLOYER, THE EMPLOYEE, HERE PLAINTIFF, OF ACT GET BACK EMPLOYMENT, INCLUDES TO INFORM PLAINTIFF WHEN HE WAS AT COURT O.U.S.D., THAT THERE WAS NO FAIR HEARING, O.U.S.D., BEFORE PLAINTIFF, THERE OAKLAND UNIFIED SCHOOL DIST., EMPLOYEE WAS FIRED.

**3. NEGLIGENCE - Tort :** DEFENDANT FAILED CONTACT TIMELY, PLAINTIFF WHILE HE SUFFER AWAIT FAIR WCAB COURT HEARING(S), TO TRIAL(S), APPLIES TO ACT APPROPRIATE CONCERNS APPLY TIMELY COURT CASE DEPOSITION; PLAINTIFF WAS CRUELY, UNFAIRLY, DETAINED, AND DETOURED TO COMPLETE WCAB COURT CASE PRELIMINARY FUNCTIONS APPLIES, INCLUDES TO DEPOSITION MATTER, IN ORDER FAIL PLAINTIFF'S TO TIMELY RECOVER HIS FAIR PLACE BACK TO O.U.S.D. EMPLOYMENT.

**4. DISCRIMINATION :** DEFENDANTS DID DISCRIMINATE FAIR PROVISIONS SHOULD BE APPLY AVAILABLE TO PLAINTIFF WHILE HE WAS ATTENDS OF O.U.S.D. COURT.

**5. ASSAULT :** DEFENDANT WHEN WAS NAME PULLEY & COHEN, LLP., WHILE ATTENDS THERE, THEIR CLIENT, PLAINTIFF'S EMPLOYER, O.U.S.D., DID COMMIT ACT TO ASSAULT, WHEN THEN DEFENDANT, 2004, DID APPLY RUDELY, AND OF FRAUDULENT TYPE LEGAL DOCUMENTS, "COMPROMISE & RELEASE", TO WCAB COURT, CONTINUE, AND REMAIN APPLIES MY OUTSTANDING, RUDE, 5 YEAR OLD 132(a) WCAB CASE.

//END///                                                      COMPLAINT

| | |
|---|---|
| CASE NAME: MURPHY vs. PULLEY & COHEN, LLP. | CASE No:_____. |

### PRESCRIPTION FOR AWARD BY COMPLAINT

WHEREFORE, the court case plaintiff prays that the Court enter an ORDER that:
☐ OF, FOR REGARDS ALSO THE DEFENDANT(s), U.S. BANKRUPTCY COURT,

1. Relative declares plaintiff Shannon O. Murphy Esq. Sr. dba. Sheetmetal & Associates, an INLC., victor, attends at court case relevant, associate a fair justice concern this U.S. District Court jurisdiction.

2. Relieves plaintiff of now, and further attends future court costs, medical support relative costs, by allow award to plaintiff, for such above mentioned requires a restitution, compensation, for, at final result, plaintiff asks the nominal effects about matter relevant restitution, compensation, $6,050,000 ; Court grants this much monetary resource concern the unjust defendant's remedy, as appoints resource satisfy for all plaintiff's suffer, includes of injuries, ailments, humiliation, grief, and that could have caused even to death, since plaintiff Murphy is of age, elederly jurisdiction 58 yrs. concerns the documented and un-documented occurrences to of the described, by this complaint, now administered, to this as appropriate apply, U.S. District, Northern District of California ; Medical billings costs to payment(s) relevant medical facilities, include also relevant VA Clinics used, are of also to be accommodated secure relevant paid up, and to with, for now, to then, and for the future, a medical related issue, for billing be of manifest, occur, that to be paid, at relevant, plaintiff's.

I DECLARE BY PENALTY OF PERJURY THAT FOREGOING RELATIVE CASE MATTER COMPONENTS, WHERE ARE LOCATED WITHIN THE 5 TOTAL PAGES OF THIS COURT CASE COMPLAINT, AND DOES EXCLUDE 1 CASE COVER SHEET, IT'S INDICATIONS RELEVANT, ARE TRUE AND CORRECT, THAT TO ALSO, RESPECT THE LAWS OF THE STATE OF CALIFORNIA, AND THE UNITED STATES OF AMERICA ;

SIGNATURE AND DATE OF SIGNING, ENDORSE RELATIVE CONFIRM TRUE WHEN VALID THE ABOVE, BY ACCORDS TO THIS " STATEMENT OF TRUTH BY PENALTY OF PERJURY " IS HERE FOR LOCATED JUST, BY ATENDING PLACE ON PAGE 1, OF THIS FAIR COURT COMPLAINT RELATIVE COMPOSITION.

COMPLAINT

```
------------------------------------------------    ----------------------
MEDICAL RECORD                                       Progress Notes
------------------------------------------------    ----------------------
NOTE DATED: 10/28/2015 08:10
LOCAL TITLE: PSYCHIATRY: DISCHARGE INSTRUCTIONS
STANDARD TITLE: PSYCHIATRY DISCHARGE NOTE
ADMITTED: 10/21/2015 06:50 3DE PSYCH
Please check ALL applicable and ALL required items. Only checked items
will appear in final document given to patient.

PHYSICIAN: PLEASE ADD DISCHARGE MEDICATIONS BEFORE STARTING TEMPLATE.
          YOU CAN EDIT THIS TEMPLATE AFTER CLOSING.

Please print this Discharge Summary to the large font printer - PS13D121p2

DISCHARGE INSTRUCTIONS:

1. Date of Admission: OCT 21,2015 06:50

2. Type of Discharge.   Regular

3. You came to the hospital because You were brought by secret service
   agents. You were trying to reach President "I need to talk to the
   president about my 13 teeth pulled out in military".

√4. Diagnosis. Bipolar I disorder manic episode with Psychotic features

5. While you were in the hospital: You were provided with mood stabilizer
   Depakote that you took for two days and later refused to take. stating
   you don't think you need it. Later you were prescribed Risperidone, but you did
   not take that medication.

6. Symptoms or health problems to look out for after you leave the
   hospital: Thoughts of harming yourself or anyone else.

7. Appointments: Your appointment is on Monday 11/2/15 at 09:00 AM with DR. John
   Kelly at Martinez VA in California

   Lab Appointment: none

   Telephone Appointment: You have a telephone appointment with your
   primary doctor. They will call you at home to see how you are doing.

8. Contact Information: what is the best phone number that we can use to
   reach you after your discharge? 510-541-6413
9. MEDICATIONS:
*********************************************************************
STOP TAKING THESE MEDICATIONS:
*********************************************************************
NEW MEDICATIONS:
*********************************************************************
MEDICATION DOSE CHANGES:
*********************************************************************
MEDICATIONS UPON DISCHARGE:

 SIMETHICONE 80MG CHEW TAB
 CHEW ONE TABLET BY MOUTH TWICE A DAY AS NEEDED FOR FLATULENCE GAS

   NON-VA MEDS - NONE FOUND


MEDICATION RECONCILIATION.
   Medication reconciliation has been done and discussed with the patient
and/or patient representative.
   Patient/patient representative has verbalized understanding of
medication reconciliation.

   Compared newly ordered medications and medication changes to active
   medications and non-VA medications, and then reviewed medications with
   the patient/patient representative.
10. PATIENT INFORMATION SOURCES IF QUESTIONS ARISE:
    For appointment or cancellations, call:
    1-877-DCVAMC1 (877-328-2621) or 202-745-8577.
               ** THIS NOTE CONTINUED ON NEXT PAGE **
---------------------------------------------------------------------------
MURPHY,SHANNON OCTAVIOUS          WASHINGTON         Printed:10/28/2015 06:57
XXXXXX-1136 XXXXXXX@@@@@ Pt Loc: 3DE PSYCH  3D111-B              Vice SF 509
```

Here above was altered by relevant veteran,
coordinate valid @private info...xxx@@@

- 4 -

# STATE OF CALIFORNIA
## WORKERS' COMPENSATION APPEALS BOARD

Shannon Murphy

*Applicant,*

vs.

Oakland Unified Schools and JT2

*Defendant(s).*

Case No(s). OAK SFO 0446248 OA̶K̶ ̶2̶5̶6̶7̶4̶1̶
WCK

**Order Approving Compromise & Release**

☐ And Canceling Hearing Set For _____
☐ And Scheduling Lien Conference on _____
At _____ before Judge _____

The parties to the above-entitled action having filed a Compromise and Release herein, on __4/16/04__, settling this case for $__1,000.__ and requesting that it be approved; and this Board having considered the entire record, including said Compromise and Release, now finds that it should be approved.

☑ All medical reports filed to date are admitted in evidence.

☑ The release of any potential rights of the injured employee's dependents to death benefits has been considered in determining the adequacy of the settlement, and those rights are released pursuant to Sumner v. Workers' Comp. Appeals Bd. (1983) 33 Cal.3d 965 [48 Cal. Comp. Cases 369].

☐ The release of any potential rights of the injured employee to workers' compensation benefits for future injuries that might occur during vocational rehabilitation and are a compensable consequence of the original injury or injuries has been considered in determining the adequacy of the settlement, and those rights are released pursuant to Carter v. County of Los Angeles (1986) 51 Cal. Comp. Cases 255 (Board en banc).

☑ A serious and good faith issue exists in Case No(s): SFO 0446248, OA̶K̶ ̶2̶5̶6̶7̶4̶1̶ as to ☑ injury AOE/COE ☐ statute of limitations ☐ employment ☐ _____ which, if resolved against the injured employee, would defeat the employee's right to all workers' compensation benefits, based upon __Report of Dr. Cayton__

Accordingly, the defendant(s) is/are relieved of liability for vocational rehabilitation benefits as to said case(s) and/or issue(s) pursuant to Thomas v. Sports Chalet, Inc. (1977) 42 Cal. Comp. Cases 625 (Board en banc), Lab. Code, § 4646, and Cal. Code Regs., tit. 8, § 10870.

☐ The petition(s) for benefits under Labor Code section(s) ☐ 132a ☐ 4553 ☐ 5814 is/are dismissed with prejudice.

Here below form, was altered, and to include relative matter composition, a page numbe

☐ An attorney's fee of $ __pro par__ is found to be re_____nable because this is a case of ☐ below-average complexity ☐ average complexity ☐ above-average complexity
☐ _____. (Lab. Code, §§ 4903, subd. (a), 4906, subd. (a); Cal. Code Regs., tit. 8, § 10775; WCAB Policy and Procedure Manual, Index No. 6.8.4 [set forth at 46 CCC 177])
☐ and because this fee includes legal services to date in connection with vocational rehabilitation. (Rocha v. Puccia Construction Co., (1982) 47 CCC 377 (Board en banc).

☐ Medical-legal costs shall be adjusted by defendant(s), with jurisdiction reserved.

**IT IS ORDERED** that said Compromise and Release be approved.

**AWARD IS MADE** in favor of __Shannon Murphy__
and against __Oakland USD__ _____ payable:

☑ In one lump sum to the injured employee in the amount of $ __1,000__;   *Unfair Amount @ 4 years to claim*

☐ _____ for permanent disability advances
☐ Less credit to _____  ☐ According to proof, jurisdiction reserved;
☐ in the amount of $_____
☐ Less $_____ for reasonable attorney's fees
   ☐ Payable to _____
   ☐ To be held by _____ pending an agreement between the injured employee's present and former counsel regarding the allocation of the fee, with jurisdiction reserved.

☐ _____ ORDER _____
____ 132a case remains on calendar for June 16, 2004 ____

**IT IS HEREBY ORDERED**
☐ That unresolved liens be promptly negotiated. The party responsible for doing so shall provide notice pursuant to Rule 10500 to all lien claimants that unresolved liens are set for Lien Conference at the Oakland WCAB on _____ at _____ before WCALJ _____.
☐ The hearing set for _____ is cancelled. 4/16/04

*FRAUD →*   _____signature_____  4/16/04
Valerio Sanbau Chepla   *Not Judge's Signature*
Workers' Compensation Administrative Law Judge

☐ Parties present at hearing waived formal notice of the next scheduled hearing.
☐ If checked, Applicant/Applicant's Attorney not required to appear at lien conference unless subpoenaed.
☐ Filed and Served by mail on _____ ☑ Notice To: __Warren Patty__
   on all parties on the Official Address Record   Pursuant to Rule 10300, you are designated and ordered
   By: _____   to serve this/these documents within five (5) days on all parties shown on the Official Address Record.
   Date: 4/16/04  By: _____

Here below form, was altered, and to include relative matter composition, a page num

## Proof of Service by Mail

I declare that:

I am (resident of / employed in) the county of __Contra Costa__, California.

I am over the age of eighteen years, my (business / residence) address is:

> P.O. Box 1756
> Antioch, CA. 94509

On __03/24/2025__, I served the attached __1) JS -CAND-44 ...X2 copies, 1 original__ on the parties listed below in said case, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully paid, in the United State mail at __ANTIOCH, CA. 94509__ addressed as follows:

> U.S. District Court
> 450 Golden Gatre Ave.
> San Francisco, CA. 94102

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on (date) __03/24/2025__, at __Antioch__, California.

Type or print name ___Shannon Murphy Sr.___

Signature ___[signed]___